1038

No. 1385, Misc. WILLIAMS v. UNITED STATES; and
No. 1390, Misc. GITLITZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se* in No. 1385, Misc., and *Leon B. Polsky* for petitioner in No. 1390, Misc. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in both cases.

No. 1422, Misc. MOORE v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1423, Misc. WILLIAMS ET AL. v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 1425, Misc. MACON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 1426, Misc. FOSTER v. UNITED STATES CIVIL SERVICE COMMISSIONERS ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for respondents.

No. 1433, Misc. CABRAL v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1435, Misc. WILSON v. WEBER, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied.

No. 1436, Misc. HANSEN v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1449, Misc. THOMASTON v. GLADDEN, WARDEN. A. 9th Cir. Certiorari denied.